# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, <br> v. <br> **FRNACISCO MONTELONGO-MONTEON,** <br> Defendant. | CASE NO.: 09CR3133-TJW <br> 09CR3134-TJW <br><br> **ORDER** <br><br> **GRANTING MOTION TO TERMINATE SUPERVISED RELEASE** |

**FOR GOOD CAUSE SHOWN,**

**IT IS HEREBY ORDERED** the sentences of supervised release imposed in these cases on August 30 and 31, 2011, respectively, are **TERMINATED** and the defendant **DISCHARGED** under 18 U.S.C. § 3583(e).

**IT IS SO ORDERED.**

Dated: 12/19/19

_____
HONORABLE THOMAS J. WHELAN
United States District Court Judge